UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| DAVID ROTH, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>OFFICEMAX INC., et al.,<br><br>      Defendants. | No. 05-C-0236 (Consolidated)<br><br><u>CLASS ACTION</u><br><br>Judge Gottschall<br>Magistrate Judge Denlow |

NOTICE OF MOTION

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Thursday, March 2, 2006 at 9:30 a.m., Lead Plaintiff Wayne County Employees' Retirement System shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the *Motion for Leave to File, Instanter, Authority in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss*.

DATED: February 24, 2006

Respectfully submitted,

MILLER FAUCHER AND CAFFERTY LLP
MARVIN A. MILLER
JENNIFER W. SPRENGEL
NYRAN ROSE PEARSON
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: 312/782-4880
312/782-4485 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
MARK SOLOMON
WILLIAM J. DOYLE II
UDOKA NWANNA

s/ UDOKA NWANNA
UDOKA NWANNA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\OfficeMax 05\MOT00028438.doc

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                s/ UDOKA NWANNA
                UDOKA NWANNA

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:udokan@lerachlaw.com

# Mailing Information for a Case 1:05-cv-00236

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Lawrence Conlon**
  jconlon@scgk.com

- **Erik F. Dyhrkopp**
  edyhrkopp@bellboyd.com

- **Christopher L. Gallinari**
  cgallinari@bellowspc.com clegrand@bellowspc.com;hmcmillan@bellowspc.com

- **Carol V Gilden**
  cgilden@muchshelist.com lhoeksema@muchshelist.com

- **Daniel J. Hayes**
  dhayes@bellboyd.com

- **Thomas Paul Krebs**
  tkrebs@foley.com

- **Marvin Alan Miller**
  mmiller@millerfaucher.com

- **Udoka Nwanna**
  udokan@lerachlaw.com e_file_sd@lerachlaw.com

- **Maura Forde O'Meara**
  momeara@bellboyd.com docket@bellboyd.com

- **Nyran Rose Pearson**
  npearson@millerfaucher.com jramirez@millerfaucher.com;snyland@millerfaucher.com

- **John William Rotunno**
  jrotunno@bellboyd.com

- **Jennifer Winter Sprengel**
  jsprengel@millerfaucher.com

- **Patrick Thomas Stanton**
  pstanton@scgk.com

- **Lisa L. Tharpe**
  ltharpe@foley.com vchavarria@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mitchell G Blair**
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

**William J. Doyle**
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway
Suite 1900
San Diego, CA 92101

**Phillip M. Goldberg**
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610

**William S Lerach**
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway
Suite 1900
San Diego, CA 92101

**Samuel H Rudman**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road
#406
Melville, NY 11747

**Mark Solomon**
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway
Suite 1900
San Diego, CA 92101