# United States District Court
## Northern District of Illinois
### Eastern Division

Roth                                                    **JUDGMENT IN A CIVIL CASE**

              v.                                                 Case Number: 05 C 236

OfficeMax, Inc. Et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismissed is granted. Civil case terminated.

                                                      Michael W. Dobbins, Clerk of Court

Date: 9/26/2007                                  _____

                                                          /s/ Rhonda Johnson, Deputy Clerk